IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-163-RLV-DCK

| | |
|---|---|
| FRANCIS ARAYA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| DEEP DIVE MEDIA, LLC and GAWKER MEDIA, LLC, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Order Directing Service By Delivery To Secretary Of State" (Document No. 10) filed December 17, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Order Directing Service By Delivery To Secretary Of State" (Document No. 10) is **GRANTED**. Plaintiff may effect service on Defendant Deep Dive Media, LLC by delivering by hand a copy of the summons, Complaint, and this Order to the Secretary of State of California, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy, pursuant to Cal.Corp.Code § 1702 and Fed.R.Civ.P. 4(h)(1).

**SO ORDERED**.

Signed: August 23, 2013

David C. Keesler
United States Magistrate Judge