IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-163-RLV-DCK

| | |
|---|---|
| FRANCIS ARAYA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DEEP DIVE MEDIA, LLC and GAWKER ) | |
| MEDIA, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) filed by Alice Carmichael Richey, concerning Seth D. Berlin on October 9, 2013. Mr. Seth D. Berlin seeks to appear as counsel *pro hac vice* for Defendant Gawker Media, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) is **GRANTED.** Seth D. Berlin is hereby admitted *pro hac vice* to represent Defendant Gawker Media, LLC.

**SO ORDERED**.

Signed: October 9, 2013

David C. Keesler
United States Magistrate Judge