IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-163-RLV-DCK

| | |
|---|---|
| **FRANCIS ARAYA,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER** |
| **DEEP DIVE MEDIA, LLC** and **GAWKER MEDIA, LLC,** | )<br>)<br>)<br>) |
| **Defendants.** | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 22) filed by Alice Carmichael Richey, concerning Thomas Curley on October 10, 2013. Mr. Thomas Curley seeks to appear as counsel *pro hac vice* for Defendant Gawker Media, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 22) is **GRANTED.** Thomas Curley is hereby admitted *pro hac vice* to represent Defendant Gawker Media, LLC.

**SO ORDERED**.

Signed: October 10, 2013

David C. Keesler
United States Magistrate Judge